Robert Day

10 Wareham Street

Carver, MA, 02330

774-296-5516

VS

New Jersey State Police

State Of New Jersey

New Jersey Lottery Commission

New Jersey State House

125 West State Street

Lawsuit Demand for Lottery withholding, Lottery Accounting, Treasury access and full disclosure of Account.

13 CV 1198 LAM/CG

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 6 2013 KH

MATTHEW J. DYKMAN
CLERK

Robert Day

VS

State of New Jersey, New Jersey State Police and New Jersey Lottery Commission.

Complaint letter

Dear New Mexico Federal Appeals,

Robert H. Day one time won part of a New Jersey state lottery. Upon winning the lottery Robert was contacted by the state of New Jersey in regards to buying state bonds with his winnings. He did but then elements of corrupt New Jersey Government tried to abscond with the winning by way of denial of the purchase and then denial of holdings.

New Jersey State Police, New Jersey Public officials, and Members of the New Jersey Lottery Commission panicked and tried to kill Robert Day. Many people were tried for this in Federal Court in New York and some were executed.

The deal then was that once a year New Jersey would send a car for me and then take me to New Jersey so I could see the bonds and obtain a certified accounting. This happened once, maybe twice and then more criminal proceeding occurred against New Jersey in Judge Mario Cuomo's Court Room in Manhattan New York.

Stocks are also part of this bond deal and those have since been handled by New Jersey State officials. Any denial of the existence of these treasured assets is part of bogus and murderous scheme that was busted by The New York State Police and NYPD.

Robert asks the Navy to call upon The Federal Marshalls Service, The Federal Bureau of Investigation, New York State Police, NYPD, Judge Mario Cuomo, and Mr. Rudy Giuliani to validate these claims. I believe President Clinton might have seen these proceedings also and The New York City Police Commissioner's office monitored the entire trial.

Conversely and appropriately described as the defendants now for 13 years The New Jersey State Police, The New Jersey State Lottery Commission, and The State of New Jersey should be called upon to answer these claims that are in fact part of Racketeering convictions upon the three organizations. This case was heard in New York Federal Court sometime in 2000.

It was a terrible case and the court has really yet to finish the proceedings in a criminal nature but criminal damages were also awarded to Robert Day and Robert thinks that accounting and disclosure of this money should be part of the case also.

Thank You,

Robert Day

774-296-5516

I do believe this case has been in New York appeals by Judge Matthew Cuomo and by the chief appeals Judge in New Mexico. Albequerque court house.

I really want alot of this cashed so I can enjoy it. They don't take Gold at the Grocery store and if I had know what was going to happen after I won the lottery I probably would have stored the bond elsewhere or bought elsewhere.

I think this case is called Day against the state of New Jersey. It could also be called The state of New York or I think the city of Alborqueque for Robert Day or in trust of Robert Day against New Jersey defendants.

(1) I won the lottery by lottery investment playing in New York.

(2) The state of New Jersey said that I should buy N.J. state bonds and I did.

(3) The N.J. state police and crooked politicians tried to steal the Bonds + stocks and were caught.

(4) Some of people caught panicked as they were part of a larger scheme and tried to kill me.

(5) The final result was execution of a bunch of New Jersey state crooks. I am not sure if all of the bonds were found or the stocks fixed.

(6) I want to get paid for this. Its a bunch of racketeering convictions that even right now cause hardship or quality of life issues for this victim.

12/2/2013

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Day

**DEFENDANTS** New Jersey State Police, State of New Jersey, New Jersey Lottery Commission

(b) County of Residence of First Listed Plaintiff **Plymouth**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Newark**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Day + Day
10 Wareham Street, Carver, MA, 02330

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | [X] 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [X] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
R.I.C.O.
Brief description of cause:
Lottery fraud from early 2,000

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** Paid in full
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Matthew Cuomo
DOCKET NUMBER

DATE 12/2/2013
SIGNATURE OF ATTORNEY OF RECORD R.D.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Day
PO Box 155
South Carver, MA
02366




Liberty FOREVER

Justice FOREVER

Appeals, Albuquerque Courthouse
US District Court
333 Lomas Blvd, NW, 87102
Albuquerque, New Mexico

RECEIVED
At Albuquerque NM
DEC 16 2013
MATTHEW J. DYKMAN
CLERK