UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT H. DAY**,

    Plaintiff,

v.                                                                                  Civ. No. 13-1198 JCH/CG

**NEW JERSEY STATE PATROL;**
**STATE OF NEW JERSEY;**
**NEW JERSEY LOTTERY COMMISSION,**

    Defendants.

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58(a), the Court now issues its separate document finally disposing of this case.

**IT IS ORDERED** that Robert H. Day's cause of action is DISMISSED with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**